# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-02813-SVW-JEM | Date | September 14, 2018 |
|---|---|---|---|
| Title | Nicholas Hopewell v. E and T Foods, Inc. et al | | |

## JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** IN CHAMBERS ORDER DISMISSING ACTION

The Court, on August 14, 2018, granted plaintiff leave, up to and including September 13, 2018 to file a motion for default judgment. To date, plaintiff has failed to comply with the Court's order. Therefore, the matter is dismissed.

Initials of Preparer     PMC